**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| **KHALIL GRAY WRIGHT,** | : | 18 U.S.C. § 1344 |
| | : | (Bank Fraud) |
| Defendant. | : | |
| | : | **FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Joshua Huckel, being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This Affidavit is submitted in support of a criminal Complaint charging KHALIL GRAY WRIGHT ("WRIGHT") with Bank Fraud, in violation of 18 U.S.C. § 1344. I respectfully submit that the Affidavit establishes probable cause to believe that WRIGHT participated in a scheme to defraud Wells Fargo. I request that the Court issue an arrest warrant for WRIGHT, pursuant to Federal Rule of Criminal Procedure 4(a).

**BACKGROUND OF AFFIANT**

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, and have been so employed since February 2010. As a Special Agent with the FBI, I am authorized to investigate crimes involving violations of federal law. I am assigned to a white collar crime squad at the Northern Virginia Resident Agency of the Washington Field Office, in Manassas, Virginia. I have participated in numerous criminal investigations to include violations related to wire fraud, conspiracy, money laundering, and other related federal violations of Title 18 of the United States Code. I have training and experience in the enforcement of the laws

1

of the United States, including the preparation and presentation of affidavits in support of criminal complaints.

3.  The facts and information contained in this Affidavit are based on my personal knowledge and observations, information provided to me by others involved in the investigation, and a review of documents and records. This Affidavit does not contain each and every fact known to the government. It contains only those facts necessary to support a finding of probable cause for a Complaint. The dates listed in the Affidavit should be read as "on or about" dates.

## SUMMARY OF THE INVESTIGATION

4.  The FBI has been investigating a scheme to defraud Wells Fargo. Wells Fargo is a financial institution within the meaning of 18 U.S.C. § 20. Wells Fargo's deposits are insured by the Federal Deposit Insurance Corporation.

5.  The scheme involves individuals opening accounts at Wells Fargo and individuals then depositing checks through Wells Fargo ATMs into the recently opened Wells Fargo accounts. None of the deposited checks were honored by the issuing bank.

6.  While making these deposits, the individuals placed their fingers on the ATM check scanner so that the ATMs were unable to read the checks. The act of placing one's fingers over the ATM scanner created a "jam." In this context, a jam means that the check image cannot be read by the ATM.

7.  The jam caused the ATMs to prompt the individuals making the sham deposits to manually enter the amount of the checks. Funds were often credited to the accounts before Wells Fargo discovered the fraud. Participants in the scheme took advantage of this lag time by spending or transferring the credited funds.

**STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

**<u>Wright's Participation in the Scheme</u>**

8. WRIGHT participated in the scheme by creating jams in Wells Fargo ATMs. WRIGHT created the jams by first inserting a check into an ATM and then placing his fingers inside the slot on the ATM where the scanner reads the information contained on the check. By virtue of creating a jam, the ATM prompted WRIGHT to manually input, or key in, a deposit amount for the check.

9. The checks WRIGHT deposited were ultimately dishonored by the issuing bank. However, in some cases, any hold that Wells Fargo placed on the deposited checks expired before Wells Fargo discovered the fraud. Once the hold expired, Wells Fargo credited the accounts for the manually entered deposit amounts. The lag time between the crediting of the accounts and the discovery of the fraud caused artificially inflated balances in the accounts.

10. The account holders, or others associated with the account, took advantage of this lag time by conducting or attempting to conduct (or causing others to conduct or attempt to conduct) financial transactions to access the inflated balances. The types of transactions conducted included Venmo transfers, checks drawn from the accounts, debit card transactions, and ATM withdrawals. For example, funds credited to accounts from WRIGHT's sham check deposits were used to transfer funds through Square, withdraw cash from ATMs, and make point-of-sale purchases at retailers such as Walmart and Safeway.

11. WRIGHT used Wells Fargo ATMs to deposit fraudulent checks totaling approximately $115,000 into various Wells Fargo accounts. None of these accounts were in WRIGHT's name. In fact, WRIGHT does not maintain an account at Wells Fargo. The account holders, or someone acting on their behalf, successfully conducted approximately $26,000 in

financial transactions with the credited funds before Wells Fargo discovered the fraud.

## Wright's Execution of the Scheme

12. The following table provides information about 11 ATM transactions in which WRIGHT executed the scheme, as described above, by depositing a check, jamming the ATM, and then manually inputting a deposit amount. Wells Fargo credited some of these false deposits to the accounts before it discovered the fraud. Two of the 11 sham deposits occurred in Washington, D.C.

| Account Holder | Account Ending | Account Opening Date | Date of Fraudulent Deposit | Deposit Amount | Location of Deposit |
|---|---|---|---|---|---|
| DC | 2134 | 2/26/2018 | 3/8/2018 | $9,426 | District Heights, MD |
| NH | 8998 | 1/18/2018 | 3/13/2018 | $9,400 | District Heights, MD |
| LJ | 2836 | 3/19/2018 | 3/21/2018 | $12,842 | Washington, D.C. |
| AF | 4796 | 3/26/2018 | 3/26/2018 | $9,456 | Washington, D.C. |
| BF | 3982 | 3/19/2018 | 3/28/2018 | $12,745 | Woodbridge, VA |
| DE | 7454 | 3/27/2018 | 3/28/2018 | $12,846 | Woodbridge, VA |
| RH | 1390 | 3/7/2018 | 3/28/2018 | $8,986 | Woodbridge, VA |
| DD | 1195 | 4/9/2018 | 4/9/2018 | $8,764 | Richmond, VA |
| TJ | 9637 | 3/22/2018 | 4/9/2018 | $9,387 | Richmond, VA |
| IV | 7820 | 4/2/2018 | 4/16/2018 | $11,782 | Richmond, VA |
| JF | 8685 | 4/20/2018 | 4/23/2018 | $9,962 | Wilmington, DE |
|  |  |  | TOTAL | $115,596 |  |

13. To illustrate, in the above table, on March 7, 2018, R.H. opened Wells Fargo account number x1390 with a $25 opening deposit. On March 28, 2018, WRIGHT deposited a check into account number x1390 at a Wells Fargo ATM located in Woodbridge, Virginia. WRIGHT caused a jam in the ATM while making the fraudulent deposit. WRIGHT then manually entered $8,986 as the deposit amount of the check. On March 28, 2018, Wells Fargo credited $8,986 to account number x1390. The deposited check was ultimately dishonored by the issuing bank. On April 5, 2018, Wells Fargo reversed the $8,986 credit. However, between March 28, 2018, and April 5, 2018, approximately $6,400 was spent from Wells Fargo account number x1390. These

expenditures included two Zelle transfers totaling $1,100 to a Bank of America account number x2686 maintained in WRIGHT's name. There were also purchases made at Saks Fifth Avenue and Uptown Haulers locations in Washington, D.C.

### **Identification**

14. I have reviewed Wells Fargo surveillance photographs that depict the individual making each of the above-referenced deposits. Based on this review, I believe that the same person initiated all of the deposits. I have compared the pictures associated with these 11 deposits to WRIGHT's Maryland driver's license photograph. WRIGHT appears to be the individual making all of the above-referenced deposits.

15. In March 2018, WRIGHT was arrested by a Maryland State Trooper for a traffic warrant issued by Prince George's County, Maryland. I showed surveillance photographs for five of the deposits referenced in the table in Paragraph 12 to the Maryland State Trooper who arrested WRIGHT.[1] The Maryland State Trooper confirmed that WRIGHT was the individual in all of the photographs. Two of the pictures provided to the Maryland State Trooper depicted WRIGHT creating jams in Wells Fargo ATMs located in Washington, D.C.

### CONCLUSION

17. Based on the foregoing, your Affiant respectfully submits that probable cause exists to believe that WRIGHT has committed Bank Fraud in violation of 18 U.S.C. § 1344. I respectfully request that the Court issue an arrest warrant for WRIGHT.

---

[1] These photographs represented WRIGHT's ATM deposits on the following dates, as referenced in the chart in Paragraph 12: (1) March 21, 2018, into account x2836; (2) March 26, 2018, into account x7456; (3) March 28, 2018, into account x7454; (4) March 28, 2018, into account x1390; and (5) April 9, 2018, into account x1195.

The statements above are true and accurate to the best of my knowledge and belief.

                                                                                                                           _____
                                                                                                                           Joshua Huckel
                                                                                                                           Special Agent
                                                                                                                           Federal Bureau of Investigation

SUBSCRIBED and SWORN to me this 14th day of March, 2019.

_____
Robin M. Meriweather
United States Magistrate Judge